LEE M. TESSER +
STEVEN COHEN\*°
STEPHEN PAUL WINKLES\*
ROBERT E. BENNETT+
FRANCIS A. KIRK\*
GINA A. MAKOUJY, LL.M.+
DANIELLE E. COHEN\*
MATTHEW LAKIND\*

# TESSER & COHEN
ATTORNEYS AT LAW
946 MAIN STREET
HACKENSACK, NEW JERSEY 07601

(201) 343-1100
FACSIMILE: (201) 343-0885
WRITER'S E-MAIL: DCOHEN@TESSERCOHEN.COM
WWW.TESSERCOHEN.COM

NEW YORK OFFICE
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005-2205
(212) 226-1900
FACSIMILE: (201) 343-0885

\*NY and NJ Bar
+NJ Bar
° Rule 1:40 Qualified Mediator



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 27 2020

**VIA ECF**

February 25, 2020

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED  2/25/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re:   **Allen Architectural Metals, Inc. v. Paragon Restoration Corp. et al.**
      Case No.: 1:19-cv-10200-AJN
      Our File No.: 747-09

Dear Judge Nathan:

This firm represents Paragon Restoration Corp. in the above referenced matter. The pre-trial conference for this matter has been scheduled for April 23, 2020. I am currently on maternity leave and will not be back into the office until May. Therefore, I respectfully request an adjournment of the conference to a date in May so that I may be able to attend. My adversary consents to this request and we mutually propose the following alternative dates: May 15, 22, or 29, 2020.

I thank the Court for its consideration of this matter.

Respectfully submitted,

D._____

Danielle Cohen
DC/dd

> The initial pretrial conference scheduled for April 23, 2020 is hereby adjourned to May 15, 2020 at 3:45 p.m. A proposed case management plan and joint letter are due no later than seven days before the conference. *See* Dkt. No. 9.
> SO ORDERED.