USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allen Architectural Metals, Inc.,

                Plaintiff,

–v–

Paragon Restoration Corp., et al.,

                Defendants.

19-cv-10200 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in the above-captioned action is scheduled for May 15, 2020. Dkt. No. 20. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference, or May 8, 2020. Dkt. Nos. 9, 21.

    The Court has not yet received the required documents. The parties are therefore ordered to submit their case management plan and joint letter no later than 5:00 p.m. on Wednesday, May 13, 2020.

    SO ORDERED.

Dated: May 11, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge