USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                       :
Allen Architectural Metals, Inc.,                                      :
                                                                       :
                                    Plaintiff,                         :        19-cv-10200 (AJN)
                                                                       :
              -v-                                                      :        ORDER
                                                                       :
Paragon Restoration Corp., *et al.*,                                   :
                                                                       :
                                    Defendants.                        :
                                                                       :
----------------------------------------------------------------- :
                                                                       X

ALISON J. NATHAN, United States District Judge:

        As noted in this Court's September 23, 2020 Order, Dkt. No. 38, and as set forth in this

Court's Individual Rules, the parties were to have submitted a joint letter by last Friday,

indicating, among other things, whether they can do without a post-discovery conference

altogether.  As of the date of this Order, the Court has still not received a letter from the parties.

The parties shall submit a joint letter by no later than September 30, 2020 in response to the

Court's September 23, 2020 Order.

        SO ORDERED.

Dated: September 28, 2020
       New York, New York                    _____
                                                      ALISON J. NATHAN
                                                   United States District Judge